IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID-WYNN. : MILLER, et al,

    Plaintiffs,

v.

AMERICA'S WHOLESALE LENDER, et al.,

    Defendants.

No. C 12-04907 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 25, 2012, defendants filed a motion to dismiss. On the day that the opposition was due, the case was reassigned from a magistrate judge to this Court, and the deadlines were terminated. A new hearing was set for January 18, 2013, and the opposition was due December 21, 2012. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than January 25, 2013, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff does not respond, this action will be dismissed without prejudice. If plaintiff responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The January 18, 2013 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: January 9, 2013

SUSAN ILLSTON
United States District Judge