United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID-WYNN. : MILLER, et al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>　　　　Defendants. | No. C 12-04907 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　On October 25, 2012, defendants filed a motion to dismiss. On the day that the opposition was due, the case was reassigned from a magistrate judge to this Court, and the deadlines were terminated. A new hearing was set for January 18, 2013, and the opposition was due December 21, 2012. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

　　　**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than January 25, 2013, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff does not respond, this action will be dismissed without prejudice. If plaintiff responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The January 18, 2013 hearing date is VACATED.

　　　**IT IS SO ORDERED.**

Dated: January 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge