United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID-WYNN. : MILLER, *et al.*, | No. C 12-4907 SI |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| AMERICA'S WHOLESALE LENDER, *et al.*, | |
| Defendants. | |

On January 9, 2013, the Court issued an order directing plaintiffs to show cause in writing no later than January 25, 2013, why this case should not be dismissed for failure to prosecute. Plaintiffs did not file a response to the order. Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: January 29, 2013

SUSAN ILLSTON
United States District Judge