**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID-WYNN. : MILLER, *et al.*,

    Plaintiffs,

  v.

AMERICA'S WHOLESALE LENDER, *et al.*,

    Defendants.
                                  /

No. C 12-4907 SI

**JUDGMENT**

    This case has been dismissed without prejudice for failure to prosecute. Judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 29, 2013

                                            SUSAN ILLSTON
                                            United States District Judge