1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    DAVID-WYNN. : MILLER, *et al.*,              No. C 12-4907 SI

9              Plaintiffs,
                                                  **JUDGMENT**
10     v.

11   AMERICA'S WHOLESALE LENDER, *et al.*,

12             Defendants.
     _____/
13

14       This case has been dismissed without prejudice for failure to prosecute.  Judgment is hereby

15   entered against plaintiffs and in favor of defendants.

16

17       **IT IS SO ORDERED AND ADJUDGED.**

18

19   Dated: January 29, 2013          _____
                                      SUSAN ILLSTON
20                                    United States District Judge

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California